IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
**3:09-CV-78-GCM**

| | | |
|---|---|---|
| MARY LOUIES HAGGINS | ) | |
|       Plaintiff, | ) | **ORDER** |
| | ) | |
| v. | ) | |
| | ) | |
| MERCY HOSPITAL, *et al,* | ) | |
| | ) | |
|       Defendants. | ) | |

      THIS MATTER IS BEFORE THE COURT on its own motion. The parties are directed to appear for a Status Conference to be held in Chambers on **Wednesday, July 22, 2009 at 11:00 a.m.**

      IT IS SO ORDERED.

      Signed: July 8, 2009

Graham C. Mullen
United States District Judge