UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:09-CV-78-GCM

| | | |
|---|---|---|
| **MARY LOUIS HAGGINS** | ) | |
|       **Plaintiff,** | ) | <u>**SCHEDULING ORDER**</u> |
| | ) | |
| v. | ) | |
| | ) | |
| **MERCY HOSPITAL,** *et al,* | ) | |
|       **Defendants.** | ) | |

THIS MATTER is before the court on its own motion. A status conference was held on July 22, 2009, and it has been decided that the parties will proceed as follows:

Defendants may proceed, within the next 30 days, to take the deposition of Plaintiff in order to explore the relevance of exhibits submitted on June 12, 2009 [doc. # 20] and other substantive issues. Defendants may proceed over the course of two days in order to complete this deposition. This deposition may take place in an available jury room in this courthouse.

Upon completion of the deposition, defense counsel will then advise the court as to its position on the relevance of the exhibits filed in document number 20. Thereafter, this Court may schedule another status conference and will schedule the discovery and motions deadlines and set a trial date.

Pending resolution of the confidentiality of documents contained in the **Plaintiff's June 12, 2009 filing [doc. #20]**, that Document is placed **UNDER SEAL.**

IT IS SO ORDERED.

Signed: July 22, 2009

Graham C. Mullen
United States District Judge