IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

FILED
CHARLOTTE, NC

AUG 2 5 2009

U.S. DISTRICT COURT
WESTERN DISTRICT OF NC

| | |
|---|---|
| MARY LOUIES HAGGINS | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 3:09-cv-78-MU |
| | ) |
| CAROLINAS MEDICAL CENTER-MERCY, | ) |
| TERRA BARNHILL, VIRGINIA MCILWAINE | ) |
| and GAYLYNN GRAVETTE, *et al.* | ) |
| | ) |
| Defendants. | ) |
| | ) |

## ORDER

THIS MATTER, is before the Court on its own motion. The Court has been advised that Plaintiff has consented to the removal from the record of certain documents which are presently under seal. In view of Plaintiff's consent to this action, the Court hereby orders that Document 20, p. 26; Document 20-2, pp. 24, and 29-31; Document 20-3, pp. 1-2, 4-6, and 8-32; Document 20-4, pp. 8, and 10-18; Document 20-5, p. 1; Document 20-6, pp. 1-56; Document 20-7, pp. 20-23, and 26 are hereby stricken from the record. The clerk is directed to take all necessary steps to remove these documents from the record in this case, ensure that these documents are completely and permanently deleted from the Court's electronic filing system and incapable of being accessed from this date forward.

IT IS SO ORDERED.

Signed

*25 August 2009*

Graham C. Mullen
United States District Judge